# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **CARLY SPANO,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 2:22-CV-02434 |
| | ) |
| **SUNLIGHTEN, INC.** | ) |
| | ) |
| **Defendant.** | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Carly Spano and Defendant Sunlighten, Inc., appearing by and through their respective counsel, hereby stipulate that this case be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), each party to bear their own costs, expenses, and attorneys' fees.

Respectfully submitted,

*/s/ Kenneth D. Kinney*
KENNETH D. KINNEY – D.Kan. #78544
4717 Grand Avenue, Suite 300
Kansas City, Missouri 64112
Tel: (816) 298-0086
Fax: (816) 298-9455
Email: ken@rklawllc.com

*Attorney for Plaintiff*

And

*/s/ Brian J. Zickefoose*
BRIAN J. ZICKEFOOSE         #21948
RACHEL S. KIM                #79002
HUSCH BLACKWELL LLP
4801 Main, Suite 1000
Kansas City, Missouri 64112
(816) 983-8000
(816) 983-8080 (FAX)
Brian.zickefoose@huschblackwell.com
Rachel.kim@huschblackwell.com

*Attorneys for Defendant*

1

## CERTIFICATE OF SERVICE

      This is to certify that on the 7th day of February 2023, the above and foregoing was electronically filed via the Court ECF filing system, which will provide notice of the same to all counsel of record.

                                      */s/ Kenneth D. Kinney*
                                      **Attorney for Plaintiff**